IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMIE LEE MORSE,

    Plaintiff,

  v.

COUNTY OF SONOMA, a municipal corporation, DEPUTY GARZA or DOE 1, DEPUTY LANDS or DOE 2, DOES 1–100, inclusive,

    Defendants.

No. C 05-01119 WHA

**ORDER REQUESTING STIPULATED DISMISSAL**

It is the Court's understanding that a settlement was reached during a mediation session on October 19, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **NOVEMBER 21, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: October 25, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE