1  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK   (SBN# 114968)
2  Law Offices of James B. Chanin
   3050 Shattuck Avenue
3  Berkeley, California  94705
   Telephone: (510) 848-4752
4  Facsimile: (510) 848-5819

5  Attorneys for Plaintiff

6                       UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8

9

10 | JAMIE LEE MORSE,                          ) Case No.: C05-01119 WHA
                                               )
11 |           Plaintiff,                      )
                                               )
12 |      vs.                                  ) STIPULATION FOR VOLUNTARY
                                               ) DISMISSAL OF DEFENDANT TODD
13 | COUNTY OF SONOMA, a municipal             ) LANDS WITH PREJUDUCE AND
    | corporation; DEPUTY GARZA or DOE 1;      ) ~~PROPOSED~~ ORDER THEREON
    | DEPUTY LANDS or DOE 2; DOES 1-100,       )
14 | INCLUSIVE,                                )
    |           Defendants.                    )
15                                             )
                                               )
16                                             )

17

18

19

20

21

22

23

24 Stip/Order Dismissing Def. Lands Case No. C05-01119 WHA                       1

1   THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

2   RECORD, DO HEREBY STIPULATE AND AGREE THAT Defendant TODD LANDS shall

3   be voluntarily dismissed with prejudice as a party to this action, each party to bear its own costs

4   and attorneys' fees.

5   IT IS SO STIPULATED:

7   Dated: October 27, 2005                _____/S/_____
                                            JAMES B. CHANIN
8                                           Attorney for Plaintiff

9   Dated: October 27, 2005                _____/S/_____
                                            BONNIE A. FREEMAN
10                                          Attorney for Defendants
                                            County of Sonoma and Todd Lands

11  Dated: November 2, 2005                _____/S/_____
                                            AMANDA UHRHAMMER
12                                          Attorney for Defendant
                                            Noel Garza

14  Dated: October 27, 2005                _____/S/_____
                                            GREGORY G. SPAULDING
15                                          Attorney for Cross-Defendant
                                            County of Sonoma

16  PURSUANT TO STIPULATION,
    IT IS SO ORDERED:

18  Dated: November _3_, 2005              _____
                                            WILLIAM H. ALSUP
19                                          JUDGE OF THE UNITED STATES
                                            DISTRICT COURT

Stip/Order Dismissing Def. Lands Case No. C05-01119 WHA                2