1  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK   (SBN# 114968)
2  Law Offices of James B. Chanin
   3050 Shattuck Avenue
3  Berkeley, California  94705
   Telephone: (510) 848-4752
4  Facsimile: (510) 848-5819

5  Attorneys for Plaintiff

6                     UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8

9

10 | JAMIE LEE MORSE,                              ) Case No.: C05-01119 WHA
   |                                               )
11 |            Plaintiff,                         )
   |                                               )
12 |       vs.                                     ) STIPULATION FOR VOLUNTARY
   |                                               ) DISMISSAL OF ENTIRE ACTION WITH
13 | COUNTY OF SONOMA, a municipal                 ) PREJUDUCE AND ~~PROPOSED~~ ORDER
   | corporation; DEPUTY GARZA or DOE 1;           ) THEREON
   | DEPUTY LANDS or DOE 2; DOES 1-100,            )
14 | INCLUSIVE,                                    )
   |            Defendants.                        )
15 |                                               )
   |                                               )
16 |                                               )

17

18

19

20

21

22

23

24
   Stip/Order Dismissing Entire Action w/Prej. Case No. C05-01119 WHA                 1

1  THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF
2  RECORD, DO HEREBY STIPULATE AND AGREE THAT pursuant to the settlement
3  agreement between the parties, the entire action shall be voluntarily dismissed with prejudice,
4  each party to bear its own costs and attorneys' fees.
5  IT IS SO STIPULATED:

7  Dated: November 3, 2005                    _____/S/_____
                                              JAMES B. CHANIN
8                                             Attorney for Plaintiff

9  Dated: November 3, 2005                    _____/S/_____
                                              BONNIE A. FREEMAN
10                                            Attorney for Defendants
                                              County of Sonoma

12  Dated: November 3, 2005                   _____/S/_____
                                              AMANDA UHRHAMMER
                                              Attorney for Defendant
13                                            Noel Garza

14  Dated: November 3, 2005                   _____/S/_____
                                              GREGORY G. SPAULDING
15                                            Attorney for Cross-Defendant
                                              County of Sonoma

16  PURSUANT TO STIPULATION,
    IT IS SO ORDERED:
17  The Court retains no jurisdiction to enforce the settlement.

18  Dated: November _8_, 2005                 _____
                                              WILLIAM H. ALSUP
19                                            JUDGE OF THE UNITED STATES
                                              DISTRICT COURT

Stip/Order Dismissing Entire Action w/Prej. Case No. C05-01119 WHA           2